Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16–17471–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Barry Wallace
    2 Beaver Dam Drtive
    Sicklerville, NJ 08081

Social Security No.:
    xxx–xx–9902

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B.
Altenburg Jr. on

Date:                      March 17, 2020
Time:                        10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden,
NJ 08101–2067

to consider and act upon the following:

*63* – Objection to Certification of Default (related document:61 Creditor's Certification of Default (related
document:20 Motion for Relief from Stay re: 2015 TOYOTA HIGHLANDER. Fee Amount &#036 176. filed by
Creditor Toyota Motor Credit Corporation, 26 Order on Motion For Relief From Stay) filed by Denise E. Carlon on
behalf of Toyota Motor Credit Corporation. Objection deadline is 02/21/2020. (Attachments: # 1 Proposed Order # 2
Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Toyota Motor Credit Corporation) filed by
Steven A. Ragland on behalf of Barry Wallace. (Ragland, Steven)

and transact such other business as may properly come before the meeting.

Dated: February 21, 2020
JAN: jpl

Jeanne Naughton
Clerk