Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  16–17471–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barry Wallace
   2 Beaver Dam Drtive
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–9902

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              March 17, 2020
Time:                10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*63* – Objection to Certification of Default (related document:61 Creditor's Certification of Default (related document:20 Motion for Relief from Stay re: 2015 TOYOTA HIGHLANDER. Fee Amount &#036 176. filed by Creditor Toyota Motor Credit Corporation, 26 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Toyota Motor Credit Corporation. Objection deadline is 02/21/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Toyota Motor Credit Corporation) filed by Steven A. Ragland on behalf of Barry Wallace. (Ragland, Steven)

and transact such other business as may properly come before the meeting.

Dated: February 21, 2020
JAN: jpl

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Barry Wallace
        Debtor

Case No. 16-17471-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Feb 21, 2020
                             Form ID: 173          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db            +Barry Wallace,    2 Beaver Dam Drtive,    Sicklerville, NJ 08081-5674

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Wilton's Corner Proprietary Association
          eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
          NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    SunTrust Bank, c/o Morton & Craig, LLC
          ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
          Steven A. Ragland    on behalf of Debtor Barry    Wallace ragland203martin@aol.com
          Steven P. Kelly    on behalf of Creditor    Stearns Lending, LLC skelly@sterneisenberg.com,
          bkecf@sterneisenberg.com
          William Edward Miller    on behalf of Creditor    Stearns Lending, LLC wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                      TOTAL: 9