| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No: |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Toyota Motor Credit Corporation | Chapter: 13   Order Filed on March 17, 2020<br>               by Clerk<br>               U.S. Bankruptcy Court<br>Hearing Date District of New Jersey<br><br>Judge: Andrew B. Altenburg Jr. |
| In re:<br>Barry Wallace<br><br>            Debtor | |

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 17, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of  Toyota Motor Credit Corporation, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as:

    2015 Toyota Highlander, VIN: 5TDBKRFH2FS162643,

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 16-17471-ABA
Barry Wallace   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 17, 2020
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.
db             +Barry Wallace,    2 Beaver Dam Drtive,    Sicklerville, NJ 08081-5674

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Wilton's Corner Proprietary Association eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    SunTrust Bank, c/o Morton & Craig, LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
          Steven A. Ragland    on behalf of Debtor Barry    Wallace ragland203martin@aol.com
          Steven P. Kelly    on behalf of Creditor    Stearns Lending, LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          William Edward Miller    on behalf of Creditor    Stearns Lending, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                                                         TOTAL: 9